THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE TURNER, Appellant. [679 NYS2d 872] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.— Attempted Robbery, 1st Degree.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.